## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | CASE NUMBER 20-mj-8102-GCS | |
| | ) | | |
| | ) | | |
| LASHAWN L. WILKS, | ) | Title 18, United States Code | Section |
| | ) | 922(g)(9) | |
| Defendant. | ) | | |

## CRIMINAL COMPLAINT

I, Derek Parker, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1
## POSSESSION OF A FIREARM BY A PROHIBITED PERSON

On or about June 4, 2020, in Marion County, within the Southern District of Illinois,

## LASHAWN L. WILKS,

the defendant, who had been convicted of a misdemeanor crime of domestic violence, to wit: Domestic Battery in Case Number 2011-CM-94 in the Circuit Court of Marion County on September 8, 2011, and knowing that he was convicted of Domestic Battery, did knowingly possess one Mossberg 12 gauge model 835 shotgun, serial number UM766417, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

1

## AFFIDAVIT

I am a Special Agent currently assigned to the FBI Fairview Heights Resident Agency (FVHRA), Springfield Field Office.  I have been a Special Agent since July 2017.  Prior to becoming a Special Agent, I was a Fairmont City, Illinois, Police Officer for approximately fifteen (15) years and for the last ten (10) years, I was assigned to the Drug Enforcement Administration (DEA) Fairview Heights Resident Office (FHRO) as a Task Force Officer.

The statements contained in this affidavit are based on the investigation of your Affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein.  In support of this Complaint, your Affiant states as follows:

1.     On May 22, 2020 through the early morning hours of May 23, 2020, Centralia Police Officers responded to two loud noise complaints at Kell Street  and  N. Maple Centralia, Illinois.  At both residences law enforcement encountered **Lashawn WILKS**. Officers were able to get the music turned down and eventually cleared both scenes.

2.     Later, law enforcement reviewed body camera footage from those two calls.  The camera footage reveals **WILKS**' displeasure with law enforcement.   **WILKS** told law enforcement that no one will be arrested due to the Corona Virus. **WILKS** tried to persuade Sgt. Peebles to go in the house with him. **WILKS** asked Sgt. Peebles if he has been to "Suplex City". **WILKS** told Sgt. Peebles about coming to his yard on Maple Street. **WILKS** stated if police come to the yard without a warrant, that he is going to "beat that ass."  Task Force Officer Snider of the Wamac Police Department was also on scene and stated **WILKS** approached him and stating that he had heard the officer's name and wanted to know what Officer Snider looked like. **WILKS** told Officer Snider he needed to know for the future. Officer Snider asked **WILKS** why he needed to

know, but he did not answer. After departing the residence, Officer Snider, along with other officers met at the housing unit office a few blocks away from Kell Street. Officer Snider and other officers observed **WILKS** walking down the street and stated that law enforcement was a bunch of "punk asses". Officer Snider stated **WILKS** then directed a comment specifically at him stating, "You be careful getting in your car from now on nigger". Officer Snider perceived **WILKS**' comments as a threat to his life.

3.      On May 23, 2020, at approximately 2:55 am, law enforcement from several departments responded to a house on North Maple for a report of a large gathering with loud music and vehicles blocking the roadway. While on the scene, law enforcement confirmed several vehicles that were parked illegally. The vehicles were blocking the street and the responding officers could not get through with their squad cars. After getting several cars moved, Sgt. Peebles spoke to the owner of the North Maple house, Lashawn **WILKS**. The majority of the conversations detailed below were captured on Sgt. Peebles body camera. Sgt. Peebles advised **WILKS** of the loud music complaint and **WILKS** argued that none of his neighbors called the police. **WILKS** asked Sgt. Peebles and the other Centralia Police Officers, "please don't step on to my property." **WILKS** also told Officer Snider, "You all come up on my property there is going to be a shooting. I know my rights. You can't come anywhere on my property and do a damn thing, or I will shoot a cops motherfucking ass." Officer Snider stated **WILKS** said this loud enough for other people at the party to hear. Sgt. Peebles told **WILKS** more police were on the way and **WILKS** told Sgt. Peebles he had more people coming too. **WILKS** told Sgt. Peebles that he was going to run out of police. Sgt. Peebles and Officer Snider observed approximately seventy (70) people in the yard of the house on North Maple. Sgt. Peebles observed several people go inside the house on North

Maple and when they came out, they went to the side of the house on North Maple where it was dark. **WILKS** told Sgt. Peebles that the police were not going to have more freedom on his property then him. **WILKS** asked Sgt. Peebles if he saw the sign in front of his residence which stated, "No Trespassing". **WILKS** told Sgt. Peebles violators would be prosecuted or killed. Sgt. Peebles stated **WILKS** appeared to be talking about the police. **WILKS** continued to tell Sgt. Peebles that he did not want any of the police to step on his property without permission. Sgt. Peebles told **WILKS** he was going to remove the illegally parked cars off the block first. While directing the cars to move, Sgt. Peebles overheard **WILKS** telling another officer that if anyone comes on his property that he was going to "shoot his thru them". Sgt. Peebles believed **WILKS** was talking about shooting at them with a firearm. **WILKS** yelled towards Sgt. Peebles and the other police on scene that if anyone violates his rights that he was going to shoot them.

4.      Sgt. Peebles spoke to **WILKS** prior to leaving and **WILKS** told him to please not step on his property. Sgt. Peebles asked **WILKS** to take his company inside 328 North Maple. **WILKS** said that the police were not going to violate his rights. **WILKS** told Sgt. Peebles that the police would have to "use every gun out here" if the police violated his rights. **WILKS** told Sgt. Peebles that if the police tried to arrest him, the police would have to shoot him

5.      In the days after the party, law enforcement received information from numerous sources that **WILKS** had several guns in the house during the party and that he made statements that he was going to "kill a cop" and that he intended to have a shootout with police if they attempted to break up the party.

6.      On May 26, 2020, at 4:12 p.m. **WILKS** posted on Facebook the following message, "This is exactly why I told them bitches Friday night I'ma put a shotgun shell in they ass

4

if they step on my property w/o a warrant or some form of probable cause, police are human too, shid a lil bit less if you ask me, but ppl don't realize NO TRESPASSING means for ANY mothafucka, and I'm willing to show em better than I can tell em—I'm gon stand on my rights, cuz these bitches will definitely STAND ON YO NECK if they get the chance...and if you don't like the way I address the police or use my rights and common sense to combat the bullshit they try, then being around me ain't for you—so get tf!!"

7.      On May 28, 2020, at approximately 9:30 p.m., **WILKS** posted a Facebook live video from Mt. Vernon, Illinois. During the video **WILKS** is heard saying, "Free Mr. Glock out here, this bitch." Agents believe **WILKS** is referring to shooting a Glock firearm when he says "free Mr. Glock".

8.      On May 29, 2020, agents reviewed the Facebook account belonging to **WILKS** and discovered additional posts in which **WILKS** discussed using a firearm and violence against law enforcement officers.

9.      On May 30, 2020, at 8:52 p.m., **WILKS** posted a Facebook photograph of himself wearing a t-shirt with the words handwritten in marker, "I DO NOT COME IN PEACE #FUCKTHEPOLICE and that's PERIOD!!".   **WILKS** was holding a sign with the words handwritten in marker, "KILL EM WITH ~~KINDNESS~~ (the word kindness had an X drawn over it) – THE SAME BAND OF GUN THEY KILL US WITH!!" **WILKS** was photographed and interviewed by local news while holding this sign.

10.     During the weekend of May 30-31, 2020, **WILKS**, O.W., D. W., and others gathered in Centralia, Illinois to protest.  During the protest, D. W. posted a Facebook video displaying a handgun at his waist.  **WILKS** posted, "Lol! I think y'all really believe we are our

great grandparents—rest assure, ANY PROTEST OR RALLY that I'm attending THERE IS A REGISTERED LOADED FIREARM ON THE SCENE, JUST ITCHING FOR BULLETS TO BE DISLODGED IN THE DIRECTION OF RACISM AND/OR INJUSTICES…cuz a racist bitch could neva!!!"

11.     Law enforcement were aware of **WILKS** and his companions' posts and kept **WILKS** under observation.

12.     On June 2, 2020, law enforcement learned that **WILKS** and others have been holding daily meetings at the North Maple address.

13.     On June 2, 2020, law enforcement were told that the day before, a confidential source overheard **WILKS** and others discussing their plans to create a protest and then cause a riot in Centralia, Illinois. They talked about shooting Police Officer's and created a list of officers they planned to shoot.

14.     The source described different types of firearms that were located within the North Maple home on June 1, 2020.

15.     On June 4, 2020, law enforcement executed a federal search warrant at the residence on North Maple Street in Centralia, Illinois within the Southern District of Illinois. **WILKS**  and one other adult were present at the residence when the search warrant was executed.

16.     Within the North Maple residence there is a traditional living room and a dining room that has been converted into a second living or sitting room.  Within these two rooms, law enforcement recovered three firearms; one Mossberg 12 gauge model 835 shotgun, serial number UM766417; one Mossberg International 702 Plinkster rifle serial number CE1101394; and one Taurus 62C 9mm pistol with an extended magazine.

6

17.     Law enforcement also located a baggy containing suspected methamphetamine weighing approximately 10 grams and a baggy containing approximately 5 grams of suspected heroin. Laboratory tests will be conducted to determine drug type and quantity.

18.     **WILKS** was arrested and given his Miranda Warnings.   **WILKS** waived his Miranda Warnings and agreed to speak with law enforcement officers. Law enforcement conducted an audio and video recorded interview.  During this interview, **WILKS** admitted that the Mossberg 12 gauge model 835 shotgun, serial number UM766417 was his shotgun.  **WILKS** admitted that he did not have a FOID card. **WILKS** admitted that he knew he had a domestic battery conviction. **WILKS** stated that he handled the shotgun yesterday.  **WILKS** admitted it was possible there were other guns in his residence.  **WILKS** admitted he started a dispute and he had the shotgun out in case someone came to shoot at him. **WILKS** provided conflicting statements regarding drugs in his residence.

19.     Mossberg Firearms are manufactured in Connecticut and therefore the Mossberg 12 gauge model 835 shotgun, serial number UM766417 traveled in interstate commerce prior to **WILKS'** possession of it on June 4, 2020.  The Taurus 62C 9mm pistol with an extended magazine was produced in Brazil and therefore traveled in international and interstate commerce before reaching Illinois on June 4, 2020.

20.     When law enforcement seized the Mossberg 12 gauge model 825 shotgun, law enforcement noticed someone attempted to obliterate the serial number. Nevertheless, law enforcement could read the serial number.

21.     **WILKS** was previously convicted of Domestic Battery in Case Number 2011-CM-94 in the Circuit Court of Marion County on September 8, 2011.

22.     All of these events occurred within the Southern District of Illinois.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Derek Parker,
Special Agent, Federal Bureau of Investigations

State of Illinois                )
                                 )     SS.
County of St. Clair              )

Sworn to and subscribed on the 5th day of June, 2020.

Digitally signed by Judge Sison
Date: 2020.06.05 15:22:27 -05'00'

HON. GILBERT C. SISON
United States Magistrate Judge

STEVEN WEINHOEFT
United States Attorney

Jennifer Hudson
Assistant United States Attorney

8