FILED

JUN 24 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                    )
                Plaintiff,          )
                                    )
vs.                                 )   CASE NUMBER 20-30077-NJR
                                    )
                                    )
LASHAWN L. WILKS,                   )   Title 18, United States Code
                                    )   Section 922(g)(9)
                Defendant.          )

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION OF A FIREARM BY A PROHIBITED PERSON**

On or about June 4, 2020, in Marion County, within the Southern District of Illinois,

**LASHAWN L. WILKS,**

the defendant, who had been convicted of a misdemeanor crime of domestic violence, to wit: Domestic Battery in Case Number 2011-CM-94 in the Circuit Court of Marion County on September 8, 2011, and knowing that he was convicted of Domestic Battery, did knowingly possess one Mossberg 12 gauge model 835 shotgun, serial number UM766417, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## FORFEITURE

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the above offense in violation of Title 18, United States Code, Section 922(g)(9), the defendant,

**LASHAWN L. WILKS,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing commission of the offense, including, but not limited to:

one Mossberg 12 gauge model 835 shotgun, serial number UM766417
one (1) Mossberg International 702 Plinkster rifle, serial number CE1101394; and
one (1) Taurus G2C 9mm pistol with an extended magazine, serial number TMU65878;

and all ammunition possessed therewith; all pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: detention