IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.   20CR30077-NJR |
| | ) | |
| LASHAWN L. WILKS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

The United States of America, by Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Jennifer Hudson, Assistant United States Attorney, move this Court to Dismiss the Indictment filed in the above captioned case pursuant to Federal Rule of Criminal Procedure 48.  In support of this Motion, the United States offers the following information.

1. On June 24, 2020, the defendant was indicted in the above captioned case for one count of Possession of a Firearm by a Prohibited Person.  Doc. 15.

2. The proscribed conduct that served as the basis of the allegation occurred on June 4, 2020 in Marion County, within the Southern District of Illinois. *Id*. p. 1.

3. On August 20, 2020, defendant filed a motion to continue his trial setting. Doc. 30.

4. On August 21, 2020, this Court granted the defendant's request, tolling speedy trial, and rescheduled the defendant's trial for October 27, 2020. Doc. 31 (docket entry only).

5. Thereafter, on September 23, 2020 in a Second Superseding Indictment[1], defendant was indicted based upon proscribed conduct arising from a drug conspiracy. *United States v. Hunt, et al*, 19CR40085, Doc. 318. Defendant's conduct is captured in counts 1, 11-14, and 15. *Id.*

6. Included within the Second Superseding Indictment is defendant's proscribed conduct that occurred on June 4, 2020 in Marion County, within the Southern District of Illinois and the related forfeiture allegation. *Id.* at p. 11. (Count 14).

7. On October 5, 2020, defendant appeared before the Honorable Magistrate Judge Daley for his initial appearance and arraignment for the five drug-related offenses and the firearm offense also indicted in this case. *United States v. Hunt, et al*, 19CR40085, Doc. 359. A jury trial has been scheduled. *Id.*

8. Because defendant cannot held responsible, twice, for the same charges, the United States moves to dismiss the single count of Possession of a Firearm by a Prohibited Person and related forfeiture allegation in the above captioned case.

WHEREFORE, the United States of America respectfully requests this Indictment be dismissed in favor of the same allegations as set forth in *United States v. Hunt, et al*, 19CR40085, Doc. 318.

                                            Respectfully submitted,

                                            STEVEN D. WEINHOEFT
                                            United States Attorney

---

1. Counsel for the defendant communicated in writing that defendant was aware additional charges were contemplated.

2

*s/ Jennifer Hudson*
JENNIFER HUDSON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700

3