IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LASHAWN L. WILKS,

        Defendant.

Case No. 3:20-CR-30077-NJR

# ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is the United States of America's Motion to Dismiss the Indictment as to Defendant Lashawn L. Wilks (Doc. 34). The motion indicates that Wilks has been indicted for the same charges in *United States v. Hunt, et al.*, 19-cr-40085 (S.D. Ill.), and seeks to dismiss this action in favor of the indictment in *Hunt*.

Under Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment . . . ." FED. R. CRIM. P. 48(a). Because Defendant Wilks cannot be held responsible twice for the same conduct, the Court **GRANTS** the motion (Doc. 128), and the Indictment in this case (Doc. 1) is **DISMISSED without prejudice,** in favor of the indictment in *Hunt*, 19-cr-40085 (Doc. 318).

This action is **DISMISSED without prejudice**, and the Clerk's Office is **DIRECTED** to close the case.

IT IS SO ORDERED.

DATED: October 14, 2020

*/s/ Nancy J. Rosenstengel*

**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge